JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—
# GENERAL

| | |
|---|---|
| Case No. 5:21-cv-01680-JWH-KK | Date July 15, 2022 |
| Title *Oswaldo Velasco, et al. v. Specialized Loan Servicing LLC* | |

Present: The Honorable   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Deborah Lewman | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   ORDER AND JUDGMENT DISMISSING CASE (IN CHAMBERS)**

Plaintiffs Oswaldo and Dora Velasco commenced this action in state court in 2021.[1] Later that year, Defendants Specialized Loan Servicing LLC; Mortgage Electronic Registration Systems, Inc.; and MEB Loan Trust VI, U.S. Bank National Association filed a motion to dismiss Plaintiffs' complaint.[2]

In June 2022, the Court granted Defendants' motion to dismiss.[3] In that Order, the Court dismissed the first claim for relief *without* leave to amend, and it dismissed all of the remaining claims—the second through sixth claims for relief—*with* leave to amend.[4] The Court further directed Plaintiffs to file an amended pleading by no later than July 1, 2022.[5] The Court warned the parties that if

---

[1]   *See* Notice of Removal [ECF No. 1]

[2]   *See* Defs.' Mot. to Dismiss [ECF No. 13].

[3]   *See* Order Granting Mot. to Dismiss [ECF No. 35].

[4]   *Id.*

[5]   *Id.*

Plaintiffs fail to file an amended pleading by July 1, 2022, then the Court would dismiss the remaining claims for relief without leave to amend.

As of July 15, 2022—two weeks after the deadline—Plaintiffs have not filed an amended pleading. Accordingly, the Court hereby **ORDERS** as follows:

1. Plaintiffs' complaint is **DISMISSED without leave to amend**.

2. This Order shall constitute Judgment in favor of Defendants and against Plaintiffs.

3. The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED.**